IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3053 |
| | ) | |
| V. | ) | |
| | ) | |
| ALFRED EUGENE FINCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue trial (filing 44) is denied.

DATED this 29th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge