IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3053 |
| | ) | |
| V. | ) | |
| | ) | |
| ALFRED EUGENE FINCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government and without objection by the defendant,

IT IS ORDERED that the United States Marshals Service shall release the material witness Vincent Steele subject to whatever detainers if any that may have been filed. The Clerk shall provide a copy of this order to the U.S. Marshals Service, Jessica Milburn, and all counsel for the parties.

DATED this 5th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge